UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: KLOTZ, SAMUEL R | § | Case No. 08-20377 |
| KLOTZ, GERRI C | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 02/19/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/12/2010       By:  /s/MICHAEL G. BERLAND
                                        Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: KLOTZ, SAMUEL R | § | Case No. 08-20377 |
| KLOTZ, GERRI C | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*　　　　　　　$__65,007.87__

*and approved disbursements of*　　　　　　　　$__47,042.71__

*leaving a balance on hand of* [1]　　　　　　　$__17,965.16__

Claims of secured creditors will be paid as follows:

*Claimant*　　　　　　　　　　　　　　　　*Proposed Payment*
　　　　　　　　　　　　N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 5,750.32 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*　　　　　　*Fees*　　　　　　*Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,475.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PYOD LLC as assignee of Citibank | $ 453.90 | $ 77.57 |
| 2 | PYOD LLC as assignee of Citibank | $ 7,021.16 | $ 1,199.74 |
| 4 | Discover Bank/DFS Services LLC | $ 9,305.30 | $ 1,590.03 |
| 5 | Discover Bank/DFS Services LLC | $ 15,319.28 | $ 2,617.66 |
| 6 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | $ 847.87 | $ 144.88 |
| 7 | eCAST Settlement Corporation | $ 8,101.50 | $ 1,384.33 |
| 8 | Von Maur | $ 242.99 | $ 41.52 |
| 9 | Patelco Credit Union | $ 25,313.44 | $ 4,325.40 |
| | Recovery Management | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 10 | Systems Corporation | $ 1,780.10 | $ 304.17 |
| 11 | eCAST Settlement Corporation as assignee of HSBC | $ 827.58 | $ 141.41 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,262.65 | $ 386.63 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/MICHAEL G. BERLAND
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: wepps                 Page 1 of 1                  Date Rcvd: Jan 13, 2010
Case: 08-20377                 Form ID: pdf006             Total Noticed: 26


The following entities were noticed by first class mail on Jan 15, 2010.
db/jdb        +Samuel R Klotz,   Gerri C Klotz,   7004 Townsend Blvd,   Plainfield, IL 60586-5087
aty           +Ronald D Cummings,   Law Office of Ronald D Cummings,   121 Springfield Avenue,
               Joliet, IL 60435-6561
tr            +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
12485997      +Bank of America,   Attn: Bankruptcy Dept NC4-105-03-14,   Po Box 26012,
               Greensboro, NC 27420-6012
12485998      +Beneficial/hfc,   Po Box 1547,   Chesapeake, VA 23327-1547
12485999      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
12486000      +Citifinancial Retail S,   Po Box 140489,   Irving, TX 75014-0489
12982928       FIA CARD SERVICES, NA/BANK OF AMERICA,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK 73124-8809
12831667       Household Finance Corporation Beneficial,   by eCAST Settlement Corporation,   as its agent,
               POB 35480,   Newark NJ 07193-5480
12486003      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
12486004      +Hsbc/bsbuy,   Po Box 15519,   Wilmington, DE 19850-5519
12486006      +Lane Bryant Retail/soa,   450 Winks Ln,   Bensalem, PA 19020-5932
12668710       PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12486007      +Patelco Credit Union,   Law Offices of Joel A Schechter,   53 W Jackson Blvd, Ste 1025,
               Chicago, IL 60604-3650
12682827       SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,   FIRST EXPRESS,   PO BOX 856132,
               LOUISVILLE, KY 40285-6132
12486008      +Sears/cbsd,   Po Box 20363,   Kansas City, MO 64195-0363
12486009      +Toyota Motor Credit Corp.,   19001 South Western,   Torrance, CA 90501-1196
12486010     ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,   Attn: Credit Dept,   6565 Brady,   Davenport, IA 52806)
12669000      +Wells Fargo Financial Illinois, Inc,   4137 121st Street,   Urbandale IA 50323-2310
12486011      +Wffinancial,   852 Sharp Ave Unit P,   Shorewood, IL 60404-8841
14158510       eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
12944088       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Jan 13, 2010.
12675679      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2010 02:03:30
               Discover Bank/DFS Services LLC,   POB 3025,   New Albany Ohio 43054-3025
12486001      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2010 02:03:30     Discover Financial,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
12486005      +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2010 02:16:34     JC Penney,
               Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
12941913      +E-mail/PDF: rmscedi@recoverycorp.com Jan 14 2010 02:16:35
               Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12486002*     +Discover Financial,   Attention: Bankruptcy Department,   Po Box 3025,
               New Albany, OH 43054-3025
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2010**                    **Signature:**  *Joseph Speetjens*