## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: KLOTZ, SAMUEL R <br> KLOTZ, GERRI C <br><br> Debtor(s) | § Case No. 08-20377 <br> § <br> § <br> § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $18,625.00 |
| Total Distribution to Claimants: $21,805.02 | Claims Discharged Without Payment: $64,282.67 |
| Total Expenses of Administration: $28,204.11 | |

3) Total gross receipts of $ 65,009.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $50,009.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $213,290.00 | $226,001.76 | $9,588.92 | $9,588.92 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 28,204.11 | 28,204.11 | 28,204.11 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 74,015.00 | 71,475.77 | 71,475.77 | 12,216.10 |
| TOTAL DISBURSEMENTS | $287,305.00 | $325,681.64 | $109,268.80 | $50,009.13 |

4) This case was originally filed under Chapter 7 on August 05, 2008.
. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/13/2010         By: /s/MICHAEL G. BERLAND
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury-scheduled | 1142-000 | 65,000.00 |
| Interest Income | 1270-000 | 9.13 |
| **TOTAL GROSS RECEIPTS** | | **$65,009.13** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Geri Klotz | Payment of exemption per court order | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo Financial Illinois, Inc | 4110-000 | 205,397.00 | 216,412.84 | 0.00 | 0.00 |
| Toyota Motor Credit Corp. | 4110-000 | 7,893.00 | N/A | N/A | 0.00 |
| State Farm | 4220-000 | N/A | 6,666.66 | 6,666.66 | 6,666.66 |
| Blue Cross Blue Shield | 4220-000 | N/A | 2,922.26 | 2,922.26 | 2,922.26 |
| **TOTAL SECURED CLAIMS** | | **$213,290.00** | **$226,001.76** | **$9,588.92** | **$9,588.92** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 5,750.32 | 5,750.32 | 5,750.32 |
| Karavidas & Argionis | 3210-600 | N/A | 21,666.66 | 21,666.66 | 21,666.66 |
| Karavidas & Argionis | 3220-610 | N/A | 787.13 | 787.13 | 787.13 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 28,204.11 | 28,204.11 | 28,204.11 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC as assignee of Citibank | 7100-000 | 414.00 | 453.90 | 453.90 | 77.58 |
| PYOD LLC as assignee of Citibank | 7100-000 | 6,830.00 | 7,021.16 | 7,021.16 | 1,200.00 |
| Discover Bank/DFS Services LLC | 7100-000 | 8,677.00 | 9,305.30 | 9,305.30 | 1,590.39 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | 14,674.00 | 15,319.28 | 15,319.28 | 2,618.26 |
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | 7100-000 | 847.00 | 847.87 | 847.87 | 144.91 |
| eCAST Settlement Corporation | 7100-000 | 8,091.00 | 8,101.50 | 8,101.50 | 1,384.65 |
| Von Maur | 7100-000 | 243.00 | 242.99 | 242.99 | 41.53 |
| Patelco Credit Union | 7100-000 | 25,313.00 | 25,313.44 | 25,313.44 | 4,326.38 |
| Recovery Management Systems Corporation | 7100-000 | 1,719.00 | 1,780.10 | 1,780.10 | 304.24 |
| eCAST Settlement Corporation as assignee of HSBC | 7100-000 | N/A | 827.58 | 827.58 | 141.44 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 2,184.00 | 2,262.65 | 2,262.65 | 386.72 |
| Hsbc Bank | 7100-000 | 781.00 | N/A | N/A | 0.00 |
| Hsbc/bsbuy | 7100-000 | 2,327.00 | N/A | N/A | 0.00 |
| Citifinancial Retail S | 7100-000 | 1,915.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 74,015.00 | 71,475.77 | 71,475.77 | 12,216.10 |

**UST Form 101-7-TDR (9/1/2009)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-20377
Case Name: KLOTZ, SAMUEL R
KLOTZ, GERRI C
Period Ending: 07/13/10

Trustee: (520196) MICHAEL G. BERLAND
Filed (f) or Converted (c): 08/05/08 (f)
§341(a) Meeting Date: 09/09/08
Claims Bar Date: 12/24/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7004 Townsend,Plainfiled-scheduled | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | National City checking-scheduled | 700.00 | 0.00 | | 0.00 | FA |
| 3 | National City checking-scheduled | 1,300.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods-scheduled | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Furs & Jewelry-scheduled | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | Ser/Sep account-scheduled | 125.00 | 0.00 | | 0.00 | FA |
| 7 | Personal injury-scheduled | 15,000.00 | Unknown | | 65,000.00 | FA |
| 8 | 2006 dodge-scheduled | 13,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2001 Jeep Cherokee-scheduled | 7,500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.13 | Unknown |
| 10 | Assets   Totals (Excluding unknown values) | $261,825.00 | $0.00 | | $65,009.13 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee employed special counsel to prosecute a personal injury case, which was settled. The Trustee filed his Final Report with the US Trustees Office.

Initial Projected Date Of Final Report (TFR):   December 31, 2012     Current Projected Date Of Final Report (TFR):   December 31, 2012

Printed: 07/13/2010 09:52 AM   V.12.08

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-20377 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | KLOTZ, SAMUEL R | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KLOTZ, GERRI C | | Account: | ***.*****43-65 - Money Market Account |
| Taxpayer ID #: | **-****5488 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/13/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/13/09 | {7} | American Family Ilsurance | Payment of PI settlement per court order | 1142-000 | 65,000.00 | | 65,000.00 |
| 02/18/09 | 1001 | Karavidas & Argionis | Payment of special counsel attorney fee per ocurt order | 3210-600 | | 21,666.66 | 43,333.34 |
| 02/18/09 | 1002 | Karavidas & Argionis | Payment for special counsel's expenses per court order | 3220-610 | | 787.13 | 42,546.21 |
| 02/18/09 | 1003 | Geri Klotz | Payment of exemption per court order | 8100-002 | | 15,000.00 | 27,546.21 |
| 02/19/09 | | To Account #*********4366 | Transfer for payment of liens | 9999-000 | | 9,588.92 | 17,957.29 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 17,957.71 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 17,958.49 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 17,959.22 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,959.92 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 17,960.70 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,961.45 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,962.20 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 17,962.93 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 17,963.66 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,964.41 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,965.16 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,965.86 |
| 02/22/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.56 | | 17,966.42 |
| 02/22/10 | | To Account #*********4366 | Transfer for purpose of final distribution | 9999-000 | | 17,966.42 | 0.00 |

| | ACCOUNT TOTALS | 65,009.13 | 65,009.13 | $0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers | 0.00 | 27,555.34 | |
| | Subtotal | 65,009.13 | 37,453.79 | |
| | Less: Payments to Debtors | | 15,000.00 | |
| | NET Receipts / Disbursements | $65,009.13 | $22,453.79 | |

{} Asset reference(s)     Printed: 07/13/2010 09:52 AM   V.12.08

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-20377 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | KLOTZ, SAMUEL R | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KLOTZ, GERRI C | | Account: | ***.*****43-66 - Checking Account |
| Taxpayer ID #: | **-***5488 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/13/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/19/09 | | From Account #*********4365 | Transfer for payment of liens | 9999-000 | 9,588.92 | | 9,588.92 |
| 02/25/09 | 101 | State Farm | Payment of lien per court order | 4220-000 | | 6,666.66 | 2,922.26 |
| 02/25/09 | 102 | Blue Cross Blue Shield | Payment of lien per court order | 4220-000 | | 2,922.26 | 0.00 |
| 02/22/10 | | From Account #*********4365 | Transfer for purpose of final distribution | 9999-000 | 17,966.42 | | 17,966.42 |
| 02/23/10 | 103 | MICHAEL G. BERLAND | Dividend paid 100.00% on $5,750.32, Trustee Compensation; Reference: | 2100-000 | | 5,750.32 | 12,216.10 |
| 02/23/10 | 104 | PYOD LLC as assignee of Citibank | Dividend paid 17.09% on $453.90; Claim# 1; Filed: $453.90; Reference: | 7100-000 | | 77.58 | 12,138.52 |
| 02/23/10 | 105 | PYOD LLC as assignee of Citibank | Dividend paid 17.09% on $7,021.16; Claim# 2; Filed: $7,021.16; Reference: | 7100-000 | | 1,200.00 | 10,938.52 |
| 02/23/10 | 106 | Discover Bank/DFS Services LLC | Dividend paid 17.09% on $9,305.30; Claim# 4; Filed: $9,305.30; Reference: | 7100-000 | | 1,590.39 | 9,348.13 |
| 02/23/10 | 107 | Discover Bank/DFS Services LLC | Dividend paid 17.09% on $15,319.28; Claim# 5; Filed: $15,319.28; Reference: | 7100-000 | | 2,618.26 | 6,729.87 |
| 02/23/10 | 108 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | Dividend paid 17.09% on $847.87; Claim# 6; Filed: $847.87; Reference: | 7100-000 | | 144.91 | 6,584.96 |
| 02/23/10 | 109 | eCAST Settlement Corporation | Dividend paid 17.09% on $8,101.50; Claim# 7; Filed: $8,101.50; Reference: | 7100-000 | | 1,384.65 | 5,200.31 |
| 02/23/10 | 110 | Von Maur | Dividend paid 17.09% on $242.99; Claim# 8; Filed: $242.99; Reference: | 7100-000 | | 41.53 | 5,158.78 |
| 02/23/10 | 111 | Patelco Credit Union | Dividend paid 17.09% on $25,313.44; Claim# 9; Filed: $25,313.44; Reference: | 7100-000 | | 4,326.38 | 832.40 |
| 02/23/10 | 112 | Recovery Management Systems Corporation | Dividend paid 17.09% on $1,780.10; Claim# 10; Filed: $1,780.10; Reference: | 7100-000 | | 304.24 | 528.16 |
| 02/23/10 | 113 | eCAST Settlement Corporation as assignee of HSBC | Dividend paid 17.09% on $827.58; Claim# 11; Filed: $827.58; Reference: | 7100-000 | | 141.44 | 386.72 |
| 02/23/10 | 114 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 17.09% on $2,262.65; Claim# 12; Filed: $2,262.65; Reference: | 7100-000 | | 386.72 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 27,555.34 | 27,555.34 | $0.00 |
| Less: Bank Transfers | 27,555.34 | 0.00 | |
| Subtotal | 0.00 | 27,555.34 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $27,555.34 | |

{} Asset reference(s)    Printed: 07/13/2010 09:52 AM    V.12.08

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-20377 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | KLOTZ, SAMUEL R | | Bank Name: | The Bank of New York Mellon |
| | KLOTZ, GERRI C | | Account: | 9200-******43-65 - Money Market Account |
| Taxpayer ID #: | **-***5488 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/13/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 07/13/2010 09:52 AM   V.12.08

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-20377 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | KLOTZ, SAMUEL R | | Bank Name: | The Bank of New York Mellon |
| | KLOTZ, GERRI C | | Account: | 9200-******43-66 - Checking Account |
| Taxpayer ID #: | **-****5488 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/13/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****43-65 | 65,009.13 | 22,453.79 | 0.00 |
| Checking # ***-*****43-66 | 0.00 | 27,555.34 | 0.00 |
| MMA # 9200-******43-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******43-66 | 0.00 | 0.00 | 0.00 |
| | $65,009.13 | $50,009.13 | $0.00 |